Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search  Back    Location : All Locations    Images Help

# REGISTER OF ACTIONS
## CASE NO. 24CV36248

| | | |
|---|---|---|
| **Madeline Kay, Alex Alaniz, Matthew Ensign vs Plaid Pantry, Inc., Plaid Pantries, Inc.** | §<br>§<br>§<br>§<br>§ | Case Type: **Tort - General**<br>Date Filed: **07/31/2024**<br>Location: **Multnomah** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Plaid Pantries, Inc.** | |
| **Defendant** | **Plaid Pantry, Inc.** | |
| **Plaintiff** | **Alaniz, Alex** | **MICHAEL FULLER**<br>*Retained*<br>503 222-2000(W) |
| | | Daniel H Oliner<br>*Retained*<br>503 836-7175(W) |
| | | Emily C Templeton<br>*Retained*<br>971 352-2503(W) |
| | | KELLY DONOVAN JONES<br>*Retained*<br>503 847-4329(W) |
| | | Nathan A Haberman-Ducey<br>*Retained*<br>971 430-0211(W) |
| | | PAUL BRUCE BARTON<br>*Retained*<br>503 558-5293(W) |
| **Plaintiff** | **Ensign, Matthew** | **MICHAEL FULLER**<br>*Retained*<br>503 222-2000(W) |
| | | Daniel H Oliner<br>*Retained*<br>503 836-7175(W) |
| | | Emily C Templeton<br>*Retained*<br>971 352-2503(W) |
| | | KELLY DONOVAN JONES<br>*Retained*<br>503 847-4329(W) |
| | | Nathan A Haberman-Ducey<br>*Retained*<br>971 430-0211(W) |
| | | PAUL BRUCE BARTON<br>*Retained* |

Exhibit 1<br>Page 1 of 32

503 558-5293(W)

**Plaintiff**    **Kay, Madeline**    **MICHAEL FULLER**
*Retained*
503 222-2000(W)

Daniel H Oliner
*Retained*
503 836-7175(W)

Emily C Templeton
*Retained*
971 352-2503(W)

KELLY DONOVAN JONES
*Retained*
503 847-4329(W)

Nathan A Haberman-Ducey
*Retained*
971 430-0211(W)

PAUL BRUCE BARTON
*Retained*
503 558-5293(W)

| EVENTS & ORDERS OF THE COURT | | |
|---|---|---|

**OTHER EVENTS AND HEARINGS**

| 07/31/2024 | **Complaint** | | |
|---|---|---|---|
| | *Equitable Relief - NOT SUBJECT TO MANDATORY ARBITRATION* | | |
| | Created: 07/31/2024 11:42 AM | | |
| 07/31/2024 | **Service** | | |
| | Plaid Pantry, Inc. | Served | 07/31/2024 |
| | | Returned | 08/01/2024 |
| | Plaid Pantries, Inc. | Served | 07/31/2024 |
| | | Returned | 08/01/2024 |
| | Created: 07/31/2024 11:42 AM | | |
| 07/31/2024 | **Summons** | | |
| | Created: 08/01/2024 8:44 AM | | |
| 07/31/2024 | **Summons** | | |
| | Created: 08/01/2024 8:44 AM | | |
| 07/31/2024 | **Request - Admission** | | |
| | *to Plaid Pantry, Inc.* | | |
| | Created: 08/05/2024 8:25 AM | | |
| 08/01/2024 | **Proof - Service** | | |
| | Created: 08/02/2024 2:28 PM | | |
| 08/01/2024 | **Proof - Service** | | |
| | Created: 08/02/2024 2:28 PM | | |
| 08/08/2024 | **Notice - Representation** | | |
| | Created: 08/08/2024 10:55 AM | | |

| FINANCIAL INFORMATION | | | |
|---|---|---|---|

**Plaintiff** Kay, Madeline
Total Financial Assessment    281.00
Total Payments and Credits    281.00
**Balance Due as of 08/29/2024**    **0.00**

| 07/31/2024 | Transaction Assessment | | | 281.00 |
|---|---|---|---|---|
| 07/31/2024 | xWeb Accessed eFile | Receipt # 2024-495844 | Kay, Madeline | (281.00) |

Exhibit 1
Page 2 of 32

7/31/2024 11:31 AM
24CV36248

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

|  |  |
|---|---|
| **MADELINE KAY**<br>**ALEX ALANIZ**<br>**MATTHEW ENSIGN**<br>individually and on behalf of<br>other similarly situated customers<br><br>Plaintiffs<br><br>vs<br><br>**PLAID PANTRY, INC.**<br>**PLAID PANTRIES, INC.**<br><br>Defendants | Case No.<br><br>**CLASS ACTION COMPLAINT**<br>**FOR EQUITABLE RELIEF**<br><br>ORS 807.750—*Restrictions on Swiping*<br>*Driver Licenses or Identification Cards*<br><br>Not Subject to Mandatory Arbitration<br>Filing Fee Authority: ORS 21.135<br><br>Jury Trial Requested |

1.

## INTRODUCTION

"Privacy" means the right of individuals to be left alone. "Data privacy" means the right of individuals to have their personal information left alone by corporations. The State of Oregon recognizes the importance of protecting the privacy of personal information contained in driver licenses and identification cards. Easy access to the information found on ID's facilitates the crime of identity theft, which is a major concern in Oregon. *See* ORS 807.745—*Findings Regarding Personal Information Contained in Driver Licenses, Driver Permits and Identification Cards*.

**CLASS ACTION COMPLAINT** – Page 1 of 8

Exhibit 1
Page 3 of 32

**2.**

One of Oregon's important data privacy laws, ORS 807.750, only allows a corporation to swipe a customer's ID for certain specific limited purposes. As alleged in this complaint, Plaid Pantry violates Oregon's data privacy law at its 100+ locations throughout Oregon by *always* swiping the ID of *every* single customer who purchases an age-restricted item, and not for any of the certain specific limited purposes allowed under the law.

**3.**

**FACTUAL ALLEGATIONS**

This Court has jurisdiction because the swiping of driver licenses and identification cards in violation of ORS 807.750 as alleged in this complaint occurred in Oregon. Plaintiffs are citizens of Oregon and "individuals" as that term is used in ORS 807.750. Defendants are citizens of Oregon and "private entities" as that term is defined at ORS 807.750(1)(e). Defendants conduct regular and sustained business in Multnomah County, Oregon.

**4.**

Plaintiff Madeline Kay is a regular customer at defendants' convenience stores, including the Plaid Pantry at 2429 SE 26th Avenue near her home. On every single occasion she has visited defendants' convenience stores in the past two years, including as recently as July 26, 2024 at the 2429 SE 26th Avenue store location, defendants "swiped" her driver license as that term is defined at ORS 807.750(1)(f) during the purchase of an age-restricted good.

**CLASS ACTION COMPLAINT** – Page 2 of 8

Exhibit 1
Page 4 of 32

**5.**

Plaintiff Alex Alaniz is a regular customer at defendants' convenience stores, including the Plaid Pantry at 6010 NE Halsey Street near his local bar. On every single occasion he has visited defendants' convenient stores in the past two years, including on June 16, 2024 at the 6010 NE Halsey Street store location, defendants "swiped" his driver license as that term is defined at ORS 807.750(1)(f) during the purchase of an age-restricted good.

**6.**

Plaintiff Matthew Ensign is a regular customer at defendants' convenience stores, including the Plaid Pantry at 6480 SE Foster Road near his work and the Plaid Pantry 2429 SE 26th Avenue near his home. On every single occasion he has visited defendants' convenient stores in the past two years, including on July 28, 2024 at the 2429 SE 26th Avenue store location, defendants "swiped" his driver license as that term is defined at ORS 807.750(1)(f) during the purchase of an age-restricted good.

**7.**

As alleged in this complaint, defendants did not swipe plaintiffs' driver licenses for any of the specific permissible purposes listed in ORS 807.750(2)(a)-(e). Instead, defendants swiped plaintiffs' driver licenses according to defendants' common practice and universal policy of always swiping the driver license or identification card of every customer who purchases an age-restricted good, regardless of age, identity, or payment method.

**CLASS ACTION COMPLAINT** – Page 3 of 8

Exhibit 1
Page 5 of 32

**8.**

Defendants' common practice and universal policy of swiping the driver licenses and identification cards of every customer who purchases an age-restricted good, regardless of age, identity, or payment method is further evidenced by the signage displayed at defendants' registers stating: "**We Scan IDs**, ALL CUSTOMERS: **Please Have ID Ready**." *See* Ososke Declaration; Exhibit 1.

**9.**

Plaintiffs initially propose and seek to represent a class of similarly situated individuals defined as: all individuals who had their personal driver license or identification card and information swiped, stored, shared, sold or otherwise used by defendants during the purchase of an age-restricted good at a Plaid Pantry store in Oregon after July 31, 2022. Excluded from the class are defendants' employees, all persons who make a timely election to be excluded from the class after Court-approved notice is given, businesses, governmental entities, and any Judge to whom this case is assigned. Plaintiffs reserve the right to revise the class definition based upon information learned through discovery and in accordance with the applicable class action rules.

**10.**

The class includes thousands of individuals and is thus so numerous that joinder of all members would be impracticable. There are common questions of law and fact that predominate over any questions affecting only individual class members, including but not limited to: whether defendants' universally applied

**CLASS ACTION COMPLAINT** – Page 4 of 8

Exhibit 1
Page 6 of 32

policy and practice of swiping driver licenses and identification cards, regardless of age, identity, or payment method, violated ORS 807.750, and if so, whether the violation was willful or knowing. Plaintiffs' claims are typical of the other class members' claims because, *inter alia*, plaintiffs' and the class members' statutory rights have been violated by the same unlawful acts and omissions of the defendants and are based on the same legal theories.

**11.**

Plaintiffs are adequate class representatives because they will protect the interests of the class and have no interests contrary to or in conflict with the class members, and plaintiffs' counsel are adequate because they have extensive experience litigating class action cases, have been appointed as class counsel by numerous courts, including by multiple Multnomah County Circuit Court Judges and Oregon District Court Judges, and will vigorously pursue fair and just relief and protect the interests of the class members.

**12.**

A class action is superior to other available methods for the fair and efficient adjudication of this dispute given the relatively low amount of damages available to individual plaintiffs, because individualized litigation would likely result in inconsistent or contradictory judgments, increase delay and expense to all parties and the Court, because classwide resolution in a single adjudication presents far fewer management difficulties, and because this forum is desirable as defendants do substantial business here, and the class members' transactions occurred here.

**CLASS ACTION COMPLAINT** – Page 5 of 8

Exhibit 1
Page 7 of 32

**13.**

**CLAIM FOR RELIEF**

As alleged in this complaint, defendants' swiping of plaintiffs' and the class members' driver licenses and identification cards according to defendants' common policy and routine practice to always swipe the driver licenses and identification cards of all customers during the purchase of age-restricted goods, regardless of age, identity, or payment method violates ORS 807.750(2), and defendants' storing, selling, or sharing of personal information collected from the swiping of plaintiffs' and the class members' driver licenses and identification cards violates ORS 807.750(3), entitling plaintiffs and the class members to recover actual damages or $1,000, whichever is greater, equitable relief, and reasonable costs and attorney fees, under ORS 807.850(8).

**14.**

After trial, if the Court finds that defendants' violation was willful or knowing, the Court should increase the amount of the award to no more than three times the amount otherwise available under ORS 807.850(8).

**15.**

Accordingly, under ORS 807.750(8), plaintiffs and the class members are entitled to and so request equitable relief in the form of an injunction permanently enjoining defendants from swiping the driver license or identification card of every customer who purchases an age-restricted good, regardless of age, identity, or payment method.

**CLASS ACTION COMPLAINT** – Page 6 of 8

Exhibit 1
Page 8 of 32

**16.**

Under ORS 807.750(8), plaintiffs and the class members are entitled to and so request an injunction permanently enjoining defendants from storing, selling, or sharing personal information collected from the swiping of plaintiffs' and the class members' driver licenses and identification cards.

**17.**

Under ORS 807.750(8), plaintiffs and the class members are entitled to and so request an order requiring defendants to preserve any stored information from the driver licenses and identification cards defendants swiped after July 31, 2022, and any stored information from defendants' sales of age-restricted goods after July 31, 2022, and any stored credit card or debit card information from defendants' sales after July 31, 2022; and a judgment for reasonable costs and attorney fees.

**18.**

This is not a class action claim for damages at this time.

**19.**

**REQUEST FOR JURY TRIAL**

Plaintiffs respectfully request a trial by jury.

**CLASS ACTION COMPLAINT** – Page 7 of 8

Exhibit 1
Page 9 of 32

**20.**

**PRAYER FOR RELIEF**

Plaintiffs seek equitable relief against defendants as requested above, and for an order certifying this case as a class action, and for an order appointing interim lead class counsel, and for reasonable costs and attorney fees and expenses, and any other relief this Court may determine is fair. Plaintiffs reserve the right to amend this complaint to adjust the claims and to request damages and to add claims and additional defendants, including claims for punitive damages. Some of the complaint's allegations are based in part on the memory of witnesses, which may later prove to be inaccurate in parts, and so the complaint may later be amended before and during trial to conform the allegations to the evidence obtained throughout the case. This complaint is made on personal knowledge as to plaintiffs' actions and based on information and belief as to the actions of others.

July 31, 2024

RESPECTFULLY FILED,

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Underdog Law Office
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**CLASS ACTION COMPLAINT** – Page 8 of 8

Exhibit 1
Page 10 of 32

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

|  |  |
|---|---|
| **MADELINE KAY**<br>**ALEX ALANIZ**<br>**MATTHEW ENSIGN**<br>individually and on behalf of<br>other similarly situated customers<br><br>Plaintiffs<br><br>vs<br><br>**PLAID PANTRY, INC.**<br>**PLAID PANTRIES, INC.**<br><br>Defendants | Case No.<br><br>**DECLARATION OF**<br>**MARK OSOSKE** |

**DECLARATION**

I, Mark Ososke, declare the following under penalty of perjury:

**1.**

My name is Mark Ososke and I am a licensed private investigator, Oregon Investigator #33719.

**2.**

As part of my investigation in this case, on July 30, 2024 I visited six Portland-area Plaid Pantry convenient stores to purchase alcoholic beverages. I paid for the alcoholic beverages in cash. I was born in 1969, I look my age, and there is no doubt based on looking at me that I am over 21 years old.

**DECLARATION – Page 1 of 2**

Exhibit 1<br>Page 11 of 32

**3.**

During each purchase, Plaid Pantry swiped my driver license. Plaid Pantry employees told me that swiping the driver license of every customer who purchases a product that requires ID is Plaid Pantry's corporate policy, and that Plaid Pantry stores the dates of birth from the driver licenses it swipes on its servers.

**4.**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date: 7-31-24

RESPECTFULLY SUBMITTED,

Mark Ososke

**DECLARATION** – Page 2 of 2

Exhibit 1
Page 12 of 32



Exhibit 1

Exhibit 1
Page 13 of 32

7/31/2024 12:22 PM
24CV36248

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **MADELINE KAY**<br>**ALEX ALANIZ**<br>**MATTHEW ENSIGN**<br>individually and on behalf of<br>other similarly situated customers<br><br>Plaintiffs<br><br>vs<br><br>**PLAID PANTRY, INC.**<br>**PLAID PANTRIES, INC.**<br><br>Defendants | Case No. 24CV36248<br><br>**SUMMONS** |

**TO:  Plaid Pantries, Inc.**
        **c/o registered agent Laura Sadowski**
        **1585 SW Marlow Avenue, Suite 120**
        **Portland, Oregon 97225**

**SUMMONS** – Page 1 of 3

Exhibit 1
Page 14 of 32

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiffs' attorney or, if the plaintiffs do not have an attorney, proof of service on the plaintiffs.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 2 of 3

Exhibit 1
Page 15 of 32

STATE OF OREGON          )
                         ) ss:
County of Multnomah      )

I, the undersigned attorney of record for plaintiffs, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 3 of 3

Exhibit 1
Page 16 of 32

7/31/2024 12:22 PM
24CV36248

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **MADELINE KAY**<br>**ALEX ALANIZ**<br>**MATTHEW ENSIGN**<br>individually and on behalf of<br>other similarly situated customers<br><br>Plaintiffs<br><br>vs<br><br>**PLAID PANTRY, INC.**<br>**PLAID PANTRIES, INC.**<br><br>Defendants | Case No. 24CV36248<br><br>**SUMMONS** |

**TO:  Plaid Pantry, Inc.**
        **c/o registered agent Laura Sadowski**
        **1585 SW Marlow Avenue, Suite 120**
        **Portland, Oregon 97225**

**SUMMONS** – Page 1 of 3

Exhibit 1
Page 17 of 32

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiffs' attorney or, if the plaintiffs do not have an attorney, proof of service on the plaintiffs.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 2 of 3

Exhibit 1
Page 18 of 32

STATE OF OREGON      )
                     ) ss:
County of Multnomah  )

I, the undersigned attorney of record for plaintiffs, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 3 of 3

Exhibit 1
Page 19 of 32

7/31/2024 12:39 PM
24CV36248

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **MADELINE KAY** *et al.* <br><br> Plaintiffs <br><br> vs <br><br> **PLAID PANTRY, INC.** *et al.* <br><br> Defendants | Case No. 24CV36248 <br><br> **PLAINTIFF MADELINE KAY'S REQUESTS FOR ADMISSION TO DEFENDANT PLAID PANTRY, INC.** |

    Madeline Kay (plaintiff) respectfully ask that Plaid Pantry, Inc. (defendant or Plaid Pantry) admit or deny the following requests. After trial, plaintiff intend to request reimbursement for any unnecessary litigation expenses caused by Plaid Pantry's failure to candidly admit or deny any of the requests below. If Plaid Pantry's responses to any of these requests change at any time throughout this case or at any time during trial, Plaid Pantry must immediately tell plaintiff, and Plaid Pantry must revise the written responses so that they are accurate. The words of common usage in these requests are "understandable without elaboration" in the context in which they are used, and all other words have the meanings prescribed by ORS 807.750 or the most recent version of the Random House Unabridged Dictionary unless otherwise defined. *See State v. Nichols*, 236 Or 521, 535 (1964).

**REQUESTS FOR ADMISSION** – Page 1 of 2

Exhibit 1
Page 20 of 32

**FAILURE TO SERVE A WRITTEN ANSWER OR OBJECTION WITHIN THE TIME ALLOWED BY ORCP 45 B WILL RESULT IN ADMISSION OF THE FOLLOWING REQUESTS.**

**1.**

From July 31, 2022 to July 31, 2024, Paid Pantry had a policy of always swiping the driver license or identification card of every customer who purchased an age-restricted good, regardless of the customer's age, identity, or payment method.

**Admit or Deny:**

**2.**

Paid Pantry's policy of always swiping the driver license or identification card of every customer who purchased an age-restricted good violated ORS 807.750(2).

**Admit or Deny:**

July 31, 2024

RESPECTFULLY FILED,

/s/ Emily Templeton
**Emily Templeton, OSB No. 221744**
Of Attorneys for Plaintiff
Underdog Law Office
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
emily@underdoglawyer.com
Direct 971-352-2503

**REQUESTS FOR ADMISSION** – Page 2 of 2

Exhibit 1
Page 21 of 32

8/1/2024 12:37 PM
24CV36248

## AFFIDAVIT OF SERVICE

**State of Oregon**                    **County of Multnomah**                            **Circuit Court**

Case Number: 24CV36248

Plaintiff: **MADELINE KAY**
**ALEX ALANIZ**
**MATTHEW ENSIGN**
**individually and on behalf of**
**other similarly situated customers**
vs.
Defendant: **PLAID PANTRY, INC.**
**PLAID PANTRIES, INC.**

For:
Michael Fuller
Olsen Daines
111 SW 5th Ave.
Suite 3150
Portland, OR 97204

Received by PI Services LLC to be served on **Plaid Pantry, Inc., 1585 SW Marlow Avenue, Suite 120, Portland, OR 97225**.

I, Mark Ososke, being duly sworn, depose and say that on the **31st day of July, 2024** at **1:55 pm, I:**

Served the within named Corporation, Limited Partnership or Unincorporated Associations Subject to Suit Under a Common Name by delivering a true copy of the **Summons, Complaint, Initial Requests for Production and Inspection, Initial Requests for Admission, Service Documents to Plaid Pantries, Inc.** personally and in person to **Jonathan Polonsky** who is apparently in charge of the office of **Laura Sandowski,** the **Registered Agent** of the within named corporation. I informing the above person that they were Served with Process and of the contents thereof.

### CERTIFICATE OF MAILING

On **8/1/24**, a true copy of the above service documents and an unsigned copy of this proof of Service was mailed to the above named defendant by first class mail to the above address.

I am a competent person over 18 years of age, a resident of this state and authorized to serve process. I am not a party to nor an officer, director, employee, or attorney for any party. I know that the person, firm or corporation served is the identical one named in the action. I hereby declare that the above statement is true to the best of my knowledge and belief. I understand this is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me by the affiant
who is personally known to me.

NOTARY PUBLIC

**Mark Ososke**
Investigator & Process Server        8-1-24

**Date**

**PI Services LLC**
**P.O. Box 157**
**Beaverton, OR 97075-0157**
**(503) 643-4274**

Our Job Serial Number: OSO-2024001587

OFFICIAL STAMP
**MITCHELL WILLIAM OSOSKE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1033339
MY COMMISSION EXPIRES FEBRUARY 26, 2027

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Exhibit 1
Page 22 of 32

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **MADELINE KAY**<br>**ALEX ALANIZ**<br>**MATTHEW ENSIGN**<br>individually and on behalf of<br>other similarly situated customers<br><br>Plaintiffs<br><br>vs<br><br>**PLAID PANTRY, INC.**<br>**PLAID PANTRIES, INC.**<br><br>Defendants | Case No. 24CV36248<br><br>**SUMMONS** |

**TO:  Plaid Pantry, Inc.**
       **c/o registered agent Laura Sadowski**
       **1585 SW Marlow Avenue, Suite 120**
       **Portland, Oregon 97225**

**SUMMONS – Page 1 of 3**

Exhibit 1
Page 23 of 32

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiffs' attorney or, if the plaintiffs do not have an attorney, proof of service on the plaintiffs.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

SUMMONS – Page 2 of 3

Exhibit 1
Page 24 of 32

STATE OF OREGON       )
                      ) ss:
County of Multnomah   )

I, the undersigned attorney of record for plaintiffs, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

July 31, 2024

_/s/ Michael Fuller_
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

July 31, 2024

_/s/ Michael Fuller_
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 3 of 3

Exhibit 1
Page 25 of 32

8/1/2024 12:37 PM
24CV36248

## AFFIDAVIT OF SERVICE

**State of Oregon**          **County of Multnomah**          **Circuit Court**

Case Number: 24CV36248

Plaintiff: **MADELINE KAY
ALEX ALANIZ
MATTHEW ENSIGN
individually and on behalf of
other similarly situated customers**
vs.
Defendant: **PLAID PANTRY, INC.
PLAID PANTRIES, INC.**

For:
Michael Fuller
Olsen Daines
111 SW 5th Ave.
Suite 3150
Portland, OR 97204

Received by PI Services LLC to be served on **Plaid Pantries, Inc., 1585 SW Marlow Avenue, Suite 120, Portland, OR 97225**.

I, Mark Ososke, being duly sworn, depose and say that on the **31st day of July, 2024** at **1:55 pm, I:**

Served the within named Corporation, Limited Partnership or Unincorporated Associations Subject to Suit Under a Common Name by delivering a true copy of the **Summons, Complaint, Initial Requests for Production and Inspection, Initial Requests for Admission, Service Documents to Plaid Pantries, Inc.** personally and in person to **Jonathan Polonsky** who is apparently in charge of the office of **Laura Sadowski,** the **Registered Agent** of the within named corporation. I informing the above person that they were Served with Process and of the contents thereof.

### CERTIFICATE OF MAILING

On **8/1/24**,a true copy of the above service documents and an unsigned copy of this proof of Service was mailed to the above named defendant by first class mail to the above address.

I am a competent person over 18 years of age, a resident of this state and authorized to serve process. I am not a party to nor an officer, director, employee, or attorney for any party. I know that the person, firm or corporation served is the identical one named in the action. I hereby declare that the above statement is true to the best of my knowledge and belief. I understand this is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
**MITCHELL WILLIAM OSOSKE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1033339
MY COMMISSION EXPIRES FEBRUARY 26, 2027**

**Mark Ososke**
Investigator & Process Server

Date        8 - 1 - 24

**PI Services LLC
P.O. Box 157
Beaverton, OR 97075-0157
(503) 643-4274**

Our Job Serial Number: OSO-2024001588

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Exhibit 1
Page 26 of 32



IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **MADELINE KAY**<br>**ALEX ALANIZ**<br>**MATTHEW ENSIGN**<br>individually and on behalf of<br>other similarly situated customers | Case No. 24CV36248<br><br>**SUMMONS** |
| Plaintiffs | |
| vs | |
| **PLAID PANTRY, INC.**<br>**PLAID PANTRIES, INC.** | |
| Defendants | |

**TO: Plaid Pantries, Inc.**
   *c/o registered agent Laura Sadowski*
   **1585 SW Marlow Avenue, Suite 120**
   **Portland, Oregon 97225**

**SUMMONS** – Page 1 of 3

Exhibit 1
Page 27 of 32

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiffs' attorney or, if the plaintiffs do not have an attorney, proof of service on the plaintiffs.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 2 of 3

Exhibit 1
Page 28 of 32

STATE OF OREGON     )
                    ) ss:
County of Multnomah )

I, the undersigned attorney of record for plaintiffs, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

July 31, 2024

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiffs
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 3 of 3

Exhibit 1
Page 29 of 32

8/8/2024 9:59 AM
24CV36248

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| MADELINE KAY<br>ALEX ALANIZ<br>MATTHEW ENSIGN<br>individually and on behalf of other similarly<br>situated customers,<br><br>            Plaintiffs,<br><br>          v.<br><br>PLAID PANTRY, INC.<br>PLAID PANTRIES, INC.,<br><br>            Defendants. | Case No.:  24CV36248<br><br>**NOTICE OF APPEARANCE**<br><br>**Filing Fee: $281 (Previously Paid)**<br>**Fee Authority: ORS 21.135** |

PLEASE TAKE NOTICE that Paul B. Barton and Daniel Oliner of the law firm Olsen

Barton LLC enter their appearance as co-counsel in the above-captioned action on behalf of

Plaintiffs Madeline Kay, Alex Alaniz, and Matthew Ensign, individual and on behalf of other

similarly situated customers.

///

///

///

///

///

///

///

///

Page 1 – NOTICE OF APPEARANCE

**Olsen Barton LLC**
4035 Douglas Way, Suite 200
Lake Oswego, OR  97035
Tel: 503-468-5573 | Fax: 503-820-2933

4864-2866-4790, v. 5

Exhibit 1
Page 30 of 32

1    Dated this 8th day of August, 2024.   OLSEN BARTON LLC

2

3                                              s/ Paul B. Barton
                                            Paul B. Barton, OSB No. 100502
4                                           paul@olsenbarton.com
                                            Daniel H. Oliner, OSB No. 232105
5                                           dan@olsenbarton.com
                                            4035 Douglas Way, Suite 200
6                                           Lake Oswego, OR  97035
                                            paul@olsenbarton.com
7                                           Tel: (503) 468-5573 | Fax: (503) 820-2933

8
                                            Michael Fuller
9                                           michael@underdoglawyer.com
                                            Underdog Law Office
10                                          US Bancorp Tower
                                            111 SW 5th Avenue, Suite 3150
11                                          Portland, Oregon 97204
                                            Tel: (503) 222-2000
12

13                                          Emily C. Templeton
                                            emily@underdoglawyer.com
14                                          Nathan A. Haberman-Ducey
                                            nate@underdoglawyer.com
15                                          Olsen Daines
                                            US Bancorp Tower
16                                          111 SW 5th Avenue, Suite 3150
                                            Portland, Oregon 97204
17                                          Tel: (503) 222-2000
18

19                                          Kelly D. Jones
                                            kellydonovanjones@gmail.com
20                                          Law Office of Kelly D. Jones
                                            819 SE Morrison Street, Suite 255
21                                          Portland, Oregon 97214
                                            Tel: (503) 847-4329; Fax: (503) 715-0524
22

23                                          *Attorneys for Plaintiffs Madeline Kay, Alex Alaniz,*
                                            *and Matthew Ensign, individually and all other*
24                                          *situated customers*

25

26

---

Page 2 – NOTICE OF APPEARANCE

**Olsen Barton LLC**
4035 Douglas Way, Suite 200
Lake Oswego, OR  97035
Tel: 503-468-5573 | Fax: 503-820-2933

4864-2866-4790, v. 5

Exhibit 1
Page 31 of 32

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that I accomplished service of a true and correct copy of **NOTICE OF APPEARANCE** on the party below on the date and in the manner indicated:

Plaid Pantry, Inc.
1585 SW Marlow Avenue, Suite 120
Portland, Oregon 97225

☐ Electronic Service to the email address recorded on the date of service in the Court's OJD eFiling system (eServe only)
☒ Cerified Mail, Return Receipt Requested
☐ First-Class U.S. Mail, Postage Prepaid
☐ Hand-Delivery
☐ Fax Service to
☐ Courtesy Email to

Plaid Pantries, Inc.
1585 SW Marlow Avenue, Suite 120
Portland, Oregon 97225

☐ Electronic Service to the email address recorded on the date of service in the Court's OJD eFiling system (eServe only)
☒ Cerified Mail, Return Receipt Requested
☐ First-Class U.S. Mail, Postage Prepaid
☐ Hand-Delivery
☐ Fax Service to
☐ Courtesy Email to

DATED:  August 8, 2024

OLSEN BARTON LLC

_____s/ Paul B. Barton_____
Paul B. Barton, OSB No. 100502
paul@olsenbarton.com
Daniel H. Oliner, OSB No. 232105
dan@olsenbarton.com
4035 Douglas Way, Suite 200
Lake Oswego, OR  97035
Tel: (503) 468-5573 | Fax: (503) 820-2933
*Attorneys for Plaintiffs Madeline Kay, Alex Alaniz, and Matthew Ensign, individually and all other situated customers*

Page 1 – ATTORNEY CERTIFICATE OF SERVICE

**Olsen Barton LLC**
4035 Douglas Way, Suite 200
Lake Oswego, OR  97035
Tel: 503-468-5573 | Fax: 503-820-2933

4864-2866-4790, v. 5

Exhibit 1
Page 32 of 32